BMW MANUFACTURING CORP., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 97–03–00396

(Dated September 30, 1999)

### JUDGMENT

RESTANI, *Judge:* The parties have advised the court that plaintiff paid the international shipping charges for the merchandise that was the subject of Slip Op. 99–95. Therefore, this case presents no controversy as to whether the importer, as opposed to the shipper, is liable for Harbor Maintenance Tax payments on goods admitted to a foreign trade zone. If there is "importer" liability under 26 U.S.C. § 4461(c), plaintiff would be such an importer. If there is "shipper" liability, the parties have agreed that plaintiff fits the regulatory definition of shipper.

Accordingly, plaintiff was liable for the payments it made and judgment is entered for defendant.

---

[3] Because ZAO "Elorg" and Tetris Co.'s motion to intervene is granted, the Court finds that it is not necessary to address the government's cross-motion to join ZAO "Elorg" and Tetris Co. as necessary parties and the responsive papers thereto.